# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2991EM

_____

Donald Cayce,                               *
                                            *
                    Appellant,              *
                                            *    Appeal from the United States
         v.                                 *    District Court for the Eastern
                                            *    District of Missouri.
Amerisure Insurance Company of              *
Detroit, Michigan,                          *         [UNPUBLISHED]
                                            *
                    Appellee.               *

_____

Submitted:  February 11, 1999
    Filed:   February 18, 1999

_____

Before BOWMAN, Chief Judge, and FAGG and HANSEN, Circuit Judges.

_____

PER CURIAM.

       Donald Cayce appeals the district court's adverse grant of summary judgment in Cayce's action to recover for injures suffered in an automobile accident under the uninsured and underinsured provisions of his policy with Amerisure Insurance Company of Detroit, Michigan. We review a grant of summary judgment under a well-established standard. Because this is a diversity action, we review de novo questions of state law. Having considered the record and the parties' briefs, we are satisfied the district court correctly applied the controlling law and the record supports the district court's ruling. Because a comprehensive opinion in this diversity

case would lack precedential value, we affirm on the basis of the district court's ruling without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.